[No. 53073-9-I. Division One. October 18, 2004.]

*In the Matter of the Marriage of* DIANA TRACEY WOODRUFF-JONES, *Respondent,* and RICHARD LLEWELYN JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-3-06702-8, Mary Roberts, J., entered August 19, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53159-0-I. Division One. October 18, 2004.]

*In the Matter of the Personal Restraint of* TERRON LEE THOMPSON, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 53326-6-I. Division One. October 18, 2004.]

XICOTENCATL A. CEBALLOS, *Appellant,* v. NAI LUANG SAETEURN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 00-5-03161-1, Joan E. DuBuque, J., entered October 13, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53430-1-I. Division One. October 18, 2004.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD E. BUCKLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-04929-4, Michael Hayden, J., entered October 30, 2003. *Affirmed* by unpublished per curiam opinion.